UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Maurice Mackey, | ) | CASE NO. 1:01 CV 1046 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Harry K. Russell, Warden, | ) | **Order** |
| | ) | |
| Respondent. | ) | |

In accordance with the Opinion of the United States Court of Appeals for the Sixth Circuit (02-4237) issued on August 9, 2005, and the mandate issued thereafter, a conditional writ of habeas corpus is hereby granted giving the State of Ohio 180 days to retry petitioner or release him from custody.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
Dated: 9/7/05    United States District Judge